B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**John Hassall, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**11-0863980** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**609-1 Cantiague Rock Road**<br>**Westbury, NY**<br>ZIP Code **11590** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Nassau** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

| Type of Debtor<br>(Form of Organization) (Check one box)<br><br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)<br><br>☐ Chapter 7  ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9      of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12  ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13     of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United<br>States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br><br>☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as         business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:                        **Chapter 11 Debtors**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br><br>■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**John Hassall, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                      **Page 3**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **John Hassall, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Stephen A. Donato**
Signature of Attorney for Debtor(s)

**Stephen A. Donato (SD-0812)**
Printed Name of Attorney for Debtor(s)

**Bond, Schoeneck & King, PLLC**
Firm Name

**One Lincoln Center**
**Syracuse, NY 13202**

Address

**Email: sdonato@bsk.com**
**(315) 218-8000  Fax: (315) 218-8100**
Telephone Number

**April 30, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Theodore B. Smith, III**
Signature of Authorized Individual

**Theodore B. Smith, III**
Printed Name of Authorized Individual

**President and CEO**
Title of Authorized Individual

**April 30, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of New York

In re    John Hassall, Inc.                          Case No.

                                     Debtor(s)          Chapter      11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Aerodyne Alloys<br>350 Pleasant Valley Road<br>South Windsor, CT 06074 | Aerodyne Alloys<br>350 Pleasant Valley Road<br>South Windsor, CT 06074 | Trade debt | | 63,377.91 |
| Air Products & Chemicals, Inc.<br>P.O. Box 935430<br>Atlanta, GA 31193-5430 | Air Products & Chemicals, Inc.<br>P.O. Box 935430<br>Atlanta, GA 31193-5430 | Trade debt | | 23,442.16 |
| Brown Pacific, Inc.<br>13639 Bora Drive<br>Santa Fe Springs, CA 90670 | Brown Pacific, Inc.<br>13639 Bora Drive<br>Santa Fe Springs, CA 90670 | Trade debt | | 27,901.13 |
| Central Wire<br>6509 Olson Road<br>Union, IL 60180 | Central Wire<br>6509 Olson Road<br>Union, IL 60180 | Trade debt | | 151,799.53 |
| Component Technologies S/B<br>14 Griswald Avenue<br>Bristol, RI 02809 | Component Technologies S/B<br>14 Griswald Avenue<br>Bristol, RI 02809 | Trade debt | | 10,029.74 |
| Daily Transport<br>P.O. Box 93155<br>Long Beach, CA 90809 | Daily Transport<br>P.O. Box 93155<br>Long Beach, CA 90809 | Trade debt | | 14,193.66 |
| Flanagan Group<br>32 Bellmont Drive<br>Collegeville, PA 19426 | Flanagan Group<br>32 Bellmont Drive<br>Collegeville, PA 19426 | Trade debt | | 17,823.00 |
| Fry Steel Company<br>13325 Molette Street<br>Santa Fe Springs, CA 90670 | Fry Steel Company<br>13325 Molette Street<br>Santa Fe Springs, CA 90670 | Trade debt | | 28,959.15 |
| Fukui Byora Co., Ltd.<br>59-115, Yubinaka,<br>Kanazu-Cho<br>Sakai-Gun, Fukui, 919-0898<br>JAPAN | Fukui Byora Co., Ltd.<br>59-115, Yubinaka, Kanazu-Cho<br>Sakai-Gun, Fukui, 919-0898<br>JAPAN | Trade debt | | 99,470.76 |
| Hess Corporation<br>P.O. Box 905243<br>Charlotte, NC 28290-5243 | Hess Corporation<br>P.O. Box 905243<br>Charlotte, NC 28290-5243 | Trade debt | | 9,554.65 |
| PSEG of Long Island<br>P.O. Box 9039<br>Hicksville, NY 11802-9039 | PSEG of Long Island<br>P.O. Box 9039<br>Hicksville, NY 11802-9039 | Trade debt | | 18,772.09 |

B4 (Official Form 4) (12/07) - Cont.

In re   John Hassall, Inc.                                                    Case No. _____
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Quality Centerless Grinding Corp.<br>47 Industrial Park Access Road<br>P.O. Box 198<br>Middlefield, CT 06455-0198 | Quality Centerless Grinding Corp.<br>47 Industrial Park Access Road<br>P.O. Box 198<br>Middlefield, CT 06455-0198 | Trade debt | | 29,556.37 |
| REA Wire Co., Inc.<br>1800 Highway 61 South<br>Osceola, AR 72370 | REA Wire Co., Inc.<br>1800 Highway 61 South<br>Osceola, AR 72370 | Trade debt | | 10,598.98 |
| Refracto Technologies Corporation<br>159 Keyland Court<br>Bohemia, NY 11716 | Refracto Technologies Corporation<br>159 Keyland Court<br>Bohemia, NY 11716 | Trade debt | | 15,187.50 |
| SB Precision Grind, Inc.<br>9719 Telfair Avenue<br>Pacoima, CA 91331 | SB Precision Grind, Inc.<br>9719 Telfair Avenue<br>Pacoima, CA 91331 | Trade debt | | 11,939.40 |
| Specialty Surface Grinding, Inc.<br>345 W. 131st Street<br>Los Angeles, CA 90061 | Specialty Surface Grinding, Inc.<br>345 W. 131st Street<br>Los Angeles, CA 90061 | Trade debt | | 34,481.29 |
| Tru-Spec Metals, Inc.<br>3210 Oak Grove Avenue D<br>Waukegan, IL 60087 | Tru-Spec Metals, Inc.<br>3210 Oak Grove Avenue D<br>Waukegan, IL 60087 | Trade debt | | 17,028.87 |
| United HealthCare Oxford<br>Oxford Health Plans<br>P.O. Box 1697<br>Newark, NJ 07101-1697 | United HealthCare Oxford<br>Oxford Health Plans<br>P.O. Box 1697<br>Newark, NJ 07101-1697 | | | 122,882.36 |
| Westbury Industrial I, LLC<br>55 Fifth Avenue<br>15th Floor<br>New York, NY 10003 | Westbury Industrial I, LLC<br>55 Fifth Avenue<br>15th Floor<br>New York, NY 10003 | Lease | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | 270,727.07 |
| Wire Tech Inc.<br>6440 East Canning Street<br>Los Angeles, CA 90040 | Wire Tech Inc.<br>6440 East Canning Street<br>Los Angeles, CA 90040 | Trade debt | | 18,796.13 |

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   April 30, 2014                                    Signature   /s/ Theodore B. Smith, III
                                                                      Theodore B. Smith, III
                                                                      President and CEO

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

AAA Plating & Inspection
424 Dixon Street
Compton, CA 90222


Access Point, Inc.
P.O. Box 842447
Boston, MA 02284-2447


AcuCut
200 Town Line Road
Southington, CT 06489


Acuren Inspection, Inc.
502 W. Cresentville Road
Cincinnati, OH 45246


Aerodyne Alloys
350 Pleasant Valley Road
South Windsor, CT 06074


Aerodyne Alloys
Lockbox 6761
P.O. Box 8500
Philadelphia, PA 19178-6761


Aerospace Testing Lab., Inc.
32 South Satellite Road
South Windsor, CT 06074


AFCO Credit Corporation
4501 College Boulevard
Suite 320
Leawood, KS 66211


AFLAC
22 Corporate Woods Boulevard
Albany, NY 12211


Air Products & Chemicals, Inc.
P.O. Box 935430
Atlanta, GA 31193-5430


Air Products and Chemicals, Inc.
7201 Hamilton Boulevard
Allentown, PA 18195-1501

Air Purifiers Inc.
One Pine Street
Rockaway, NJ 07866


Alexander J. Smith
P.O. Box 325
Mill Neck, NY 11765


Alexander J. Smith
157 Factory Pond Road
Mill Neck, NY 11765


Alice Smith
P.O. Box 325
Mill Neck, NY 11765


Alice Smith
157 Factory Pond Road
Mill Neck, NY 11765


Align Aerospace
21123 Nordhoff Street
Chatsworth, CA 91311


Allen Datagraph, Inc.
56 Kendall Pond Road
Derry, NH 03038


Alta Metal Finishing
126 Oakley Avenue
White Plains, NY 10601


American Iron & Alloys, LLC
1700 Airport Road
Waukesha, WI 53188


Angler Industries
61 Industrial Park Road
Sterling, CT 06377


Arbor Industries U.S.A., Inc.
101 Dominion Boulevard
Ronkonkoma, NY 11779

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


Automation Devices, Inc.
7050 W. Ridge Road
Fairview, PA 16415


AZA Sales Company
P.O. Box 5662
Hauppauge, NY 11788


AZA Sales Company, Inc.
3 Maureen Drive
Hauppauge, NY 11788


Balis Industrial Sales
0N775 Waverly Court
Wheaton, IL 60187


BCD Enterprises, d/b/a Nutmeg Tool & Die
55 Hudson Drive
Southwick, MA 01077


BE Consumables Management
10000 NW 15th Terrace
Miami, FL 33172


Bennett Heat Treating & Brazng Co., Inc.
690 Ferry Street
Newark, NJ 07105


Blue Point Tool Company
41 B Keyland Court
Bohemia, NY 11716


Bodycote Thermal Processing
Huntington Park Operations
3370 Benedict Way
Huntington Park, CA 90255


Brown Pacific, Inc.
13639 Bora Drive
Santa Fe Springs, CA 90670

Buehler Ltd.
41 Waukegan Road
Lake Bluff, IL 60044


Burton Industries
243 Wyandanch Avenue
West Babylon, NY 11704-1593


Cameron A. Smith
163 Washington Avenue
Apartment 9A
Brooklyn, NY 10005


Caplugs Banico, Inc.
3012 Momentum Place
Chicago, IL 60689-5330


CargoTrans, Inc.
170 East Sunrise Highway
Valley Stream, NY 11581


CDW
260 Industrial Way West
Eatontown, NJ 07724


Centorr Vacuum Industries
55 Northeastern Boulevard
Nashua, NH 03062-3126


Central Wire
6509 Olson Road
Union, IL 60180


Certified Metal Finishing Inc.
1420 S.W. 28th Avenue
Pompano Beach, FL 33069-4811


Charles W. Smith
325 West 45th Street
Apartment 612
New York, NY 10036


Charter Steel
Box 681140
Chicago, IL 60695-2140

Charter Steel
1658 Cold Springs Road
Saukville, WI 53080

Charter Steel
4300 East 49th Street
Cleveland, OH 44125

Charter Steel
6255 State Highway 23
Risingsun, OH 43457

Component Technologies S/B
14 Griswald Avenue
Bristol, RI 02809

Con-Way Freight, Inc.
P.O. Box 5160
Portland, OR 97208-5160

Continental Calibration Company
P.O. Box 353
Beachwood, NJ 08722

Controlled Combustion, Co., Inc.
2377 Washington Avenue
Bronx, NY 10458

County Energy Services, LLC
550 Broadway Avenue
Holbrook, NY 11741

CyberMetrics
1523 West Whispering Wind Drive
Suite 100
Phoenix, AZ 85085

Daily Transport
P.O. Box 93155
Long Beach, CA 90809

Diverse Technology Solutions
2949 Sunrise Highway
Islip Terrace, NY 11752

Diverse Technology, Inc.
2949 Sunrise Highway
Islip Terrace, NY 11752


Dr. D'Burr
12906 Halldale Avenue
Gardena, CA 90247


Eduardo Aizcorbe
78 Haven Avenue
Valley Stream, NY 11580


Element MT Huntington
15062 Bolsa Chica
Huntington Beach, CA 92649


Element MT Newtown
2 Pheasant Run
Newtown, PA 18940


EM Coating Services - CA
6940 Farmdale Avenue
North Hollywood, CA 91605


Eric T. Schneiderman, Esq.
Office of the NYS Attorney General
The Capitol
Albany, NY 12224-0341


Euler Hermes North America
800 Red Brook Boulevard
Owings Mills, MD 21117-1008


Federal Express
P.O. Box 1140
Dept. A
Memphis, TN 38101-1140


Fintex, LLC
8900 Inkster Road
Romulus, MI 48174


Flanagan Group
32 Bellmont Drive
Collegeville, PA 19426

Fry Steel Company
13325 Molette Street
Santa Fe Springs, CA 90670


Fukui Byora Co., Ltd.
59-115, Yubinaka, Kanazu-Cho
Sakai-Gun, Fukui, 919-0898
JAPAN


General Welding Supply Corp.
600 Shames Drive
Westbury, NY 11590


Global EDM Supplies, Inc.
7697 Innovation Way
Mason, OH 45040


Global EDM Supplies, Inc.
P.O. Box 713680
Cincinnati, OH 45271


Global Engineering Documents
15 Inverness Way East
Englewood, CO 80112-5704


Global Industrial Equipment
11 Harbor Park Drive
Dept. GL
Port Washington, NY 11050


Grainger
Dept. 545-807474440
Palatine, IL 60038-0001


Greene Avenue Advisors, Inc.
307 Greene Avenue
Sayville, NY 11782


Har-Conn
603 New Park Avenue
West Hartford, CT 06133-0189


Hardinge Super Precision
P.O. Box 608
Buffalo, NY 14240

Hassall Employees Association
609-1 Cantiague Rock Road
Westbury, NY 11590


Haynes International - NC
35082 Eagle Way
Chicago, IL 60678-1350


Heritage Wire Die, Inc.
1047 South 11th Street
Decatur, IN 46773


Hess Corporation
P.O. Box 905243
Charlotte, NC 28290-5243


Hicksville Auto Body, Inc.
80 Urban Avenue
Westbury, NY 11590


Home Depot Credit Services
Dept. 32-2500188952
Des Moines, IA 50368-9055


Howard March
c/o Peck & Heller
845 Third Avenue
New York, NY 10022


Hubbard-Hall Inc.
563 South Leonard Street
Waterbury, CT 06720


Hubbard-Hall, Inc.
P.O. Box 790
Waterbury, CT 06720


Hudson Supply Company
4500 Lee Road
Cleveland, OH 44128-2959


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
10 MetroTech Center
625 Fulton Street
Brooklyn, NY 11201


J&M Diamond Tool, Inc.
P.O. Box 16099
43 Roger Williams Avenue
Rumford, RI 02916


J.M. Die Co.
299 Beeline Drive
Bensenville, IL 60106


JP Express Service, Inc.
377 Carlis Straight Path
Deer Park, NY 11729


JP Express Service, Inc.
P.O. Box 819
Deer Park, NY 11729


Kaiser Aluminum Fabricated Products
22208 Network Place
Chicago, IL 60673-1222


Katherine Smith Roberts
369 Clinton Street
Brooklyn, NY 11231


L.I. Locksmith & Alarm Co., Inc.
26 W. Old Country Road
Hicksville, NY 11801-4078


Liebel & Merle Sales, Inc.
2507 Browncroft Blvd.
Rochester, NY 14625


LNR Tool & Supply Corp.
79 Otis Street
West Babylon, NY 11704


m2 Lease Funds LLC
175 N. Patrick Boulevard
Brookfield, WI 53045

Mail Finance
A Neopost USA Company
478 Wheelers Farm Road
Milford, CT 06461


Mark A. Harmon, Esq.
Hodgson Russ LLP
1540 Broadway, 24th Floor
New York, NY 10036


McMaster-Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680-7690


Met-L-Test Laboratory
115 Browning Street
Stratford, CT 06615


Metal Resource Solutions
7770 West Chester Road
Suite 120
West Chester, OH 45069


Metals Testing Company
80 Kimberly Drive
P.O. Box 69
South Windsor, CT 06074


Metlife
P.O. Box 8500-8580
Locust Valley, NY 11560


Metlife Small Business Center
4150 N. Mulberry Drive
Kansas City, MO 64116


Metlife Small Business Center
P.O. Box 804466
Kansas City, MO 64180-4466


Michael Shutt
Sales and Product Development Engineer
620 East Bigelow Street
Upper Sandusky, OH 43351

mindSHIFT Technologies, Inc.
47 Mail Drive
Commack, NY 11725


MSC Industrial Supply Co.
P.O. Box 9072
Melville, NY 11747


MSC Industrial Supply Company
75 Maxess Road
Melville, NY 11747-3151


MTU Aero Engines of North America, Inc.
795 Brook Street
Building 5
Rocky Hill, CT 06067


National Grid
Accounts Processing KEDLI
One MetroTech Center
Brooklyn, NY 11201-3948


New Brunswick Plating
1010 Jersey Avenue
New Brunswick, NJ 08901


New Penn Motor Express
24801 Network Place
Chicago, IL 60673-1248


New Rochelle Precision Grinding Corp.
945 Spring Road
Pelham, NY 10803


New York Power Authority
Department 116048
P.O. Box 5211
Binghamton, NY 13902-5211


Nippon Express USA Inc.
24-01 44th Road
14th Floor
Long Island City, NY 11101

Nippon Express USA, Inc.
P.O. Box 826158
Philadelphia, PA 19182-6158


Northwestern Mutual
720 East Wisconsin Avenue
Milwaukee, WI 53202


Northwestern Mutual Group Ins. Admin.
720 East Wisconsin Avenue
Milwaukee, WI 53202


NYS Department of Taxation & Finance
Bankruptcy Unit
P.O. Box 5300
Albany, NY 12205-0300


NYS Dept. of Environmental Conservation
Office of General Counsel
625 Broadway
Albany, NY 12233


Office Depot
1250 Broadway
New York, NY 10001


Ondeo Nalco Company (NDT)
One Nalco Center
Naperville, IL 60563-1198


Optimum/Cablevision
P.O. Box 9256
Chelsea, MA 02150


Pallets-R-Us Inc.
555 Woodside Avenue
Bellport, NY 11713


Paramount Stamp Works
14053 Orange Avenue
Paramount, CA 90723


Pension Benefit Guaranty Corporation
1200 K. Street, N.W.
Washington, DC 20005-4026

Performance Review Institute
161 Thornhill Drive
Warrendale, PA 15086-7527


Phillips Screw Company
2946 Paseo Cazador
Carlsbad, CA 92009


Pico
400 East 16th Street
Chicago Heights, IL 60411


Pittsburgh Carbide Die Company
254 Lovedale Hollow Road
Elizabeth, PA 15037


PMC Gage, Inc.
38383 Willoughby Parkway
Willoughby, OH 44094


PMT Forklift Corporation
275 Great East Neck Road
West Babylon, NY 11704


Pratt & Whitney Canada Corp.
1000 Marie-Victorin Boulevard
Longueuil, Quebec, J4G 1A1
CANADA


Production Packaging Equipment
1030 Grand Boulevard
Deer Park, NY 11729


Progressive Waste Solutions
Westbury Hauling
1198 Prospect Avenue
Westbury, NY 11590-2723


Protection Controls, Inc.
7317 North Lawrence Avenue
P.O. Box 287
Skokie, IL 60076

PSEG of Long Island
P.O. Box 9039
Hicksville, NY 11802-9039


PSEG of Long Island
P.O. Box 888
Hicksville, NY 11802-9685


Purecoat International, LLC
3301 Electronics Way
West Palm Beach, FL 33407


Pyrometer Equipment Co., Inc.
15 Lance Road
Lebanon, NJ 08833


Pyrometer Equipment Company, Inc.
15 Lance Road
Lebanon, NJ 08833


Quality Centerless Grinding Corp.
47 Industrial Park Access Road
P.O. Box 198
Middlefield, CT 06455-0198


R & R Sales and Engineering
1809 Industrial Drive
Grand Haven, MI 49417


R & R Sales and Engineering
P.O. Box 161
Grand Haven, MI 49417


Radyne Corporation
211 West Boden Street
Milwaukee, WI 53207


REA Wire Co., Inc.
1800 Highway 61 South
Osceola, AR 72370


Refracto Technologies Corporation
159 Keyland Court
Bohemia, NY 11716

Rockford Ettco Procunier
P.O. Box 5744
3445 Lonergan Drive
Rockford, IL 61125


Rolled Alloys
30 Baker Hollow Road
Windsor, CT 06095


RTI - Connecticut
827 Maschall Phelps Road
Windsor, CT 06095


RTI Pierce Spafford - CA
P.O. Box 642435
Pittsburgh, PA 15264-2435


SB Precision Grind, Inc.
9719 Telfair Avenue
Pacoima, CA 91331


Scales Industrial Technology
110 Voice Road
Carle Place, NY 11514


Securities & Exchange Commission
Northeast Regional Office
Woolworth Bldg., 233 Broadway
New York, NY 10279


Silverman-Gorf
60-62 Franklin Avenue
Brooklyn, NY 11205


Solberg Manufacturing, Inc.
1151 W. Ardmore Avenue
Itasca, IL 60143


Sossner Steel Stamps
180 Don Lewis Boulevard
Elizabethton, TN 37643

Specialty Component Sales
1220 Valley Forge Road
Unit 5
Phoenixville, PA 19460


Specialty Surface Grinding, Inc.
345 W. 131st Street
Los Angeles, CA 90061


Stage 2 Networks
70 W 40th Street
7th Floor
New York, NY 10018


Stage 2 Networks, LLC
70 West 40th Street
New York, NY 10018


Staples Advantage
Five Hundred Staples Drive
Framingham, MA 01702


Star Metal Products
30405 Clemens Road
Westlake, OH 44145


Sterling InfoSystems
249 West 17th Street
6th Floor
New York, NY 10011


Sterling National Bank
500 Seventh Avenue
New York, NY 10018-4603


Sterling National Bank
c/o Meyer, Suozzi, English & Klein, PC
990 Stewart Avenue, Suite 300
Garden City, NY 11530


Suffern Plating Corp.
210 Garibaldi Avenue
Lodi, NJ 07644

Sunnen Products Co.
7910 Manchester Avenue
Saint Louis, MO 63143-2793


Supply One
143 Getty Avenue
Paterson, NJ 07503


Synergy Gas Of Bayshore
3080 Route 112
Suite B
Medford, NY 11763


The Med Station
104 Forest Avenue
Glen Cove, NY 11542-2015


The Smith Family
c/o Hodgson Russ LLP
1540 Broadway, 24th Floor
New York, NY 10036


Theodore B. Smith, III
37 Piping Rock Road
Westbury, NY 11590


Thomas Scientific
P.O. Box 99
1654 High Hill Road
Swedesboro, NJ 08085-0099


Thread Check Inc.
900 Marconi Avenue
Ronkonkoma, NY 11779


Tilton Rack and Baskets
66 Passaic Avenue
Fairfield, NJ 07004


Time Equities, Inc.
Attn: Daniel A. Schwartzman, Esq.
55 Fifth Avenue, 15th Floor
New York, NY 10023

Total Lubricants USA, Inc.
24517 Network Place
Chicago, IL 60673-1245

Trademark Group
7657 Winnetka Avenue
Unite #703
Winnetka, CA 91306-2677

Tri-Star Metals, LLC
P.O. Box 75706
Cleveland, OH 44101

Trinity Mill Tool
170 Verdi Street
Farmingdale, NY 11735

Tru-Spec Metals, Inc.
3210 Oak Grove Avenue D
Waukegan, IL 60087

TRW Automotive
12925 Emery Road
Cleveland, OH 44128

TRW Engine Components
North American Technical Center
19501 Emery Road
Cleveland, OH 44128

Uline Packaging
Attn: Accounts Receivable
2200 S. Lakeside Drive
Waukegan, IL 60085

United HealthCare Oxford
Oxford Health Plans
P.O. Box 1697
Newark, NJ 07101-1697

United Parcel Service
Lockbox UPS
1615 Brett Road
New Castle, DE 19720

Universal Punch Corporation
4001 W. Macarthur Boulevard
Santa Ana, CA 92704


UPS Freight
28013 Network Place
Chicago, IL 60673-1280


USA Precision Grinding Corp.
60 Verdi Street
Farmingdale, NY 11735


Veckridge Chemical Co.
60-70 Central Avenue
Kearny, NJ 07032


Vertex Diamond Tool
940 Cienega Avenue
San Dimas, CA 91773


Victor J. Palese
26 Buhl Lane
East Northport, NY 11731


W.B. Mason Co., Inc.
90 Nicon Court
Hauppauge, NY 11788


Wafios Machinery Corp.
27 Northeast Industrial Road
Branford, CT 06405


Westbury Industrial I, LLC
55 Fifth Avenue
15th Floor
New York, NY 10003


Westfield Electroplating Co., Inc.
60 North Elm Street
Westfield, MA 01086


William T. Hutchinson Co.
453 LeHigh Avenue
Union, NJ 07083

Wire Tech Inc.
6440 East Canning Street
Los Angeles, CA 90040


Wolverine Plating
29456 Groesbeck Highway
Roseville, MI 48066


Wrentham Tool Products
155 Farm Street
Bellingham, MA 02019


Xerox Corporation
45 Glover Avenue
Norwalk, CT 06856-4505


Yamaguchi Nut Co., Ltd.
4-31-7 Ishihara, Sumida-ku
Tokyo 130-0011
JAPAN