AO 136 (Rev. 6/82)

# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**
**WESTERN DISTRICT OF NEW YORK**

     I, Michael J. Roemer, Clerk of the United States District Court, Western District of New York,

     DO HEREBY CERTIFY that CHARLES J. SULLIVAN was duly admitted to practice in said Court on June 16, 1995, and is in good standing as a member of the bar of said Court.

Dated Rochester, New York          Michael J. Roemer

on May 5, 2014

By    *[signature]*
           John H. Folwell - Deputy Clerk

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>    CHARLES J. SULLIVAN    </u> , Bar # <u>    CS5867    </u>

was duly admitted to practice in this Court on

<u>    MAY 9, 2013    </u> , and is in good standing as a member of the Bar of this Court.

Dated at 300 Quarropas Street White Plains, New York    on    <u>MAY 6, 2014</u>

<u>Ruby J. Krajick</u>
CLERK
Clerk

by <u>(signature)</u>
Deputy Clerk