UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In Re:                                                                                    NOTICE OF MOTION
JOHN HASSALL, INC.                                                          TO ADMIT COUNSEL
                                                                                                    PRO HAC VICE


                                                                                                    Bankruptcy No. 14-71961

                                                            Debtor
-------------------------------------------------------------------x


      PLEASE TAKE NOTICE that, upon the annexed affidavit of movant in support of this motion, applicant will move this Court before the Honorable <u>Alan S. Trust</u> at the United States Bankruptcy Court, located at <u>290 Federal Plaza, P.O. Box 9013, Central Islip, New York 11722-9013</u>, pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Eastern District of New York, District Court Local Rule 1.3(c), and District Court Administrative Order 97-13, for an Order allowing the admission of movant, a member of the firm of <u>Stradley Ronon Stevens & Young, LLP</u> and a member in good standing of the Bar of the State(s) of <u>Pennsylvania</u>, and or the U.S. District Court for the <u>Eastern</u> District of <u>Pennsylvania</u>, as attorney pro hac vice to argue or try this case in whole or in part as counsel.


                                                  Respectfully submitted,

                                                  /s/ Steven J. White
                                                  (Signature of Movant)

                                                  Steven J. White
Dated: 5/6/14                                  (Print or Type Name)